AM

U.S. Court of Appeals
Margaret Carter: Clerk.

February 14, 2012

2012 FEB 21 P 1:25

RECEIVED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

10-1081

Dear Ms Carter:

You have sent me a mandate of unknown definition, (See enclosed copy), dated: entered February 10, 2012 for a judgement of January 19, 2012. What is the Judgement of January 19, 2012? What is the mandate you sent, or this for? You continue, (as have the entire judicial branch of government), to run an entire defacto court procedure against my wife, Elaine Alice and myself Edward Lewis, both of the family Brown that is so convoluted and unknown to us that it is alien to any normal intelligent man or woman.

We have sent you clear and definitive evidence and as the UNITED STATES DISTRICT COURT OF N.H. has ignored all evidence and witnesses so have/has the UNITED STATES COURT OF APPEALS, 1ST DISTRICT.

My wife and I still wait for a lawful trial in a competent, lawful jurisdictional Court.

Please let me know what you are doing. We should have been released four years ago. Executor-Sovereign: Edward Lewis: Brown
Steward

Y.H.V.H.



C.E.G.: CRIMINAL ELEMENT IN GOVERNMENT

U.S. CORP. 1871 v. U.S. America, 1791
(DEFACTO - DEMOCRATIC)   (DeJure - Republic)

FORM OF GOVERNMENT:
2012: TRANSITIONAL: APPEARS TO BE FASCIST, BUT UNKNOWN AT THIS TIME AS THE C.E.G. CONTINUE TO PASS UNLAWFUL LAWS TO PROTECT EACH OTHER & SUPPRESS THE TAXPAYER, AS THEY STEAL IT ALL.

THE NEW DEVELOPING UNITED STATES/CORP. GOV.

KETER
CHOCHMAH  BINAH
OR EN SOF — LIGHT OF CREATION

TORAH
BIBLE
KORAN

Trial by Jury
Lawful Court
Honor
U.S.A. Republic
Churches
Schools
Morality
Common Law
Habeas Corpus
U.S. Democracy
State Rights
TRUTH

Declaration of Independence
REPUBLIC
FAMILY
MATH
BILL
ENGL

ALL CORP. PRIVATE
C.E.G.: POLITICAL MAFIA S.S.
COURTS — D.O.J. — CONGRESS — B.A.R. — U.S. ATTORNEY — FEDERAL RESERVE — SENATE — WAG THE DOG — CFR — GENOCIDE — U.N. — HATE — COWARDICE — PRELATS — BILDENBURG — LOBBYISTS — PRESIDENT — I.M.F.
FEMA — HOMELAND SECURITY — F.B.I. — C.I.A. — M.J.T.F.

Reepa © "The Burning"
Armand Sourios Ramos ©



# United States Court of Appeals
## For the First Circuit

No. 10-1081

UNITED STATES

Appellee

v.

EDWARD BROWN

Defendant - Appellant

**MANDATE**

Entered: February 10, 2012

In accordance with the judgment of January 19, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Seth R. Aframe
Edward Brown
Arnold H. Huftalen
Terry Lynn Ollila
Kristen Senz
Dean Alan Stowers
WMUR-TV, Inc.

Sovereign Edward Lewis: Brown
Unit-I Range
c/o P.O. Box 1000
Marion, Illinois

⇔03923-049⇔
Margaret Carte  Clerk
1 Courthousewaysuite 2500
Appellate Court U.S.
Boston, MA 02210
United States

— Lawful —

— Legal —

0221013004

2012 FEB 21　P 12:59

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Warden
United States Penitentiary
Marion, Illinois

Date: 2-15-12

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the